## Commonwealth *v.* Cohen, Appellant.
## Commonwealth *v.* Kibler, Appellant.

Submitted April 16, 1971. *Thomas A. Livingston, John L. Doherty, Byrd R. Brown,* and *Livingston, Miller & Haywood,* for appellants; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

## Commonwealth *v.* Collymore, Appellant.

Submitted March 16, 1971. *D. Patrick Zimmerman,* Public Defender, for appellant; *Henry J. Rutherford,* First Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.